# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 8, 2022

Application GRANTED.

SO ORDERED.

Dated: New York, NY
08/09/2022

P. Kevin Castel
United States District Judge

**Via ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Daniel Wellcome**
      **22 Cr. 196 (PKC)**

Dear Judge Castel,

    I write to respectfully request that the Court modify Mr. Wellcome's bail conditions to include travel for work to the District of Connecticut and the District of New Jersey.

    Mr. Wellcome has been out on bail for 16 months, during which time his travel has been restricted to the Southern and Eastern Districts of New York. Recently, Mr. Wellcome has been offered construction jobs that would take him to the neighboring Districts of Connecticut and New Jersey.

    I have spoken to Mr. Wellcome's supervising Pretrial Officer, Marnie Gerardino, and the Government, by Assistant United States Attorney Andrew Jones, who both have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Wellcome
212-417-8729