**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 25, 2023

<u>Via ECF</u>
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
Dated: 9/27/2023

*[signature]*
P. Kevin Castel
United States District Judge

Re: <u>United States v. Daniel Wellcome</u>
   **22 Cr. 196 (PKC)**

Dear Judge Castel,

[ I write to respectfully request that the Court temporarily modify Mr. Wellcome's bail conditions to permit him to travel for a short vacation to Florida from September 29 to October 2, 2023.] If granted, Mr. Wellcome will provide his specific itinerary to Pretrial Services.

Mr. Wellcome has been successful on Pretrial supervision to date – i.e. for more than 2.5 years. The government, by Assistant United States Attorney Andrew Jones, consents to this request. Eastern District Pretrial Officer Marnie Gerardino defers to the government.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Wellcome
212-417-8729