UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL WELLCOME,<br><br>*Defendant.* | **Order of Restitution**<br><br>**22 Cr. 196 (PKC)** |

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Andrew Jones, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction in this case; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

Daniel Wellcome, the defendant, shall pay restitution in the total amount of $8,402,214.67, pursuant to 18 U.S.C. §§ 3663 & 3663A to the victims of the offenses for which he has been convicted in this case. This amount represents the defendant's apportioned share of a total restitution amount of $9,594,481, for which, as described below, the defendant is jointly and severally liable with his co-conspirators. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

A.    **Joint and Several Liability**

Restitution is joint and several among Daniel Wellcome, the defendant, and among Michael D'Urso, Antonella Chiaramonte, Jay Garnock, Robert Lenard Booth, and Jerome Austin,

who were previously convicted in case 21 Cr. 652 (JSR), and James White who was previously convicted in case 23 Cr. 40 (JSR); and with any co-conspirators later convicted and ordered to make restitution in this matter. Each defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendants in this matter.

| Defendant | Apportioned Amount of Restitution |
|-----------|-----------------------------------|
| Daniel Wellcome | $8,402,214.67 |

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendants shall pay restitution in the manner and according to the schedule that follows:

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial

Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly installment payments of at least ten percent of the defendant's gross income, payable on the first of each month, beginning on the defendant's second month of supervised release.

### 3.    Payment Instructions

The defendants shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendants shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k), *including any gift or inheritance received by defendant.*

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2023.2.16                                    3

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY GARNOCK
United States Attorney for the
Southern District of New York

By: _____          May 5, 2026
Andrew Jones                                  DATE
Assistant United States Attorney

DANIEL WELLCOME

By: _____          5/6/26
Daniel Wellcome                               DATE

By: _____          5/6/26
Sylvie Levine, Esq.                           DATE
Attorney for Daniel Wellcome

SO ORDERED:

_____               5/6/26
HONORABLE P. KEVIN CASTEL                      DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                          4